

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Lisa D. Rosenthal, Chief Deputy Clerk

| | | | |
|---|---|---|---|
| Warren E. Burger Federal Building and U.S. Courthouse 316 North Robert Street Suite 100 St. Paul, MN  55101 (651) 848-1100 | U.S. Courthouse 300 South Fourth Street Suite 202 Minneapolis, MN 55415 (612) 664-5000 | Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse 515 West First Street Suite 417 Duluth, MN 55802 (218) 529-3500 | U.S. Courthouse 118 South Mill Street Suite 212 Fergus Falls, MN 56537 (218) 739-5758 |

June 27, 2013

Honorable Peter A. Oppeneer
Clerk/Magistrate
United States District Court
Robert W. Kastenmeier
 United States Courthouse
120 North Henry Street, Room 320
Madison, WI 53703-4304

Re:   Bryan K. Sam Jr.
       Our Case Number: CR 13-168 PJS
       Your Case Number: 04-cr-107-wmc-2

Dear Clerk:

**Initial Transfer Out**

☐   Enclosed please find Probation Form 22  initiating the Transfer of Jurisdiction to your district. Please return an original to this office after jurisdiction has been accepted. When received, we will forward certified copies of the pertinent documents to you.

**Final Transfer Out**

☐   Enclosed please find certified copies of Probation Form 22 transferring the jurisdiction from the District of Minnesota to your District. Also, enclosed are certified copies of the charging document, Judgment & Commitment Order, Docket Sheet and Financial Case Inquiry Report.

**Transfer In**

[ X ]   Enclosed please find Probation Form 22 indicating that our court has accepted jurisdiction. Please forward certified copies of Probation Form 22, charging document, Judgment & Commitment Order, Financial Case Inquiry Report and Docket Sheet for **only** this defendant.

Please acknowledge receipt of these documents by returning, in the envelope provided, a copy of the enclosed letter stamped "RECEIVED".

Sincerely,

RICHARD D. SLETTEN, CLERK

s/Jenny Dunbar Fannemel

Jenny Dunbar Fannemel, Deputy Clerk

cc:   Nicole A. Engisch, Assistant U. S. Attorney
       Federal Defender's Office
       Jonathan R. Gourneau, Probation Officer (Bemidji)(All except Rule 5)
       Financial Litigation Unit (Final & Transfer In)
       Financial Services Department (Final & Transfer In)
       File CR 13-168 PJS